THE STATEN ISLAND WATER SUPPLY COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and orders affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

GEORGE YAKAITAS, an Infant, by JOSEPH YAKAITAS, His Guardian ad Litem, Respondent, v. WELZ & ZERWECK, Appellant.— Order unanimously affirmed, with costs in this court to abide the event. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

LOUIS BIRNHAK and Another, Plaintiffs, v. E. J. WILE & COMPANY, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

THE HAMMERSTEIN AMUSEMENT COMPANY, Respondent, v. A. PAUL KEITH, etc., and Others, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ROSE A. HARRIS, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant. CHARLES W. HARRIS, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

MARY HEALY, Respondent, v. CITY OF NEW ROCHELLE and Others, Appellants, and Another, Defendant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

JACOB DOLD PACKING COMPANY, Respondent, v. KINGS COUNTY REFRIGERATING COMPANY, Appellant.— Motion for reargument denied, without costs. The order of affirmance is, however, modified to provide that same is without prejudice to defendant's application to the Special Term to amend the terms of the reference so that the referee may pass on and report any damages which defendant may show it has sustained after its letter to plaintiff of August 27, 1915, through any loss or escape of refrigeration from the unreasonable delay or omission after such date to repair or overhaul the insulation of plaintiff's compartments. (See 176 App. Div. 407.) Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAUDE HOYT SYLVESTER, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton and Putnam, JJ.